IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA HOLLWEG,<br><br>            Plaintiff,<br><br>    v.<br><br>24 HOUR FITNESS USA, INC., et al.,<br><br>            Defendants.<br>_____/ | No. 11-06077 CW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE |

   A case management conference is not required in this case. The case management conference previously set for March 21, 2012, is vacated.

   Plaintiff shall file a motion to compel arbitration in a single brief of no more than twenty-five pages on Thursday, January 19, 2012.

   Defendant shall file an opposition to the motion to compel arbitration in a single brief of no greater than twenty-five pages on Thursday, February 2, 2012.

   Plaintiff may file a reply to the motion to compel arbitration of no greater than fifteen pages on Thursday, February 9, 2012.  The hearing will be held on Thursday, February 23, 2012 at 2:00 p.m. in Courtroom 2.

Dated: 12/13/2011

_____
CLAUDIA WILKEN
United States District Judge